UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARC WILLIAM REEVES, | : | |
| Plaintiff, | : | NO. 1:15-CV-00619 |
| | : | |
| vs. | : | |
| | : | (CONNER, C.J.) |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner | : | |
| of Social Security, | : | |
| Defendant. | : | [FILED VIA ECF] |

## ORDER

AND NOW, this 16th day of December 2016, upon consideration of the afore-stated Stipulation, it is hereby

**ORDERED** that Plaintiff, Marc William Reeves, is awarded Seven Thousand Five Hundred dollars ($7,500) in attorney fees under the Equal Access to Justice Act ("EAJA"). Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the government that Plaintiff owes no qualifying, pre-existing debt(s) to the government. If such a debt(s) exists, the government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

BY THE COURT:

_____
Christopher C. Conner, Chief Judge
United States District Court